**EXHIBIT A**

# United States of America

### United States Patent and Trademark Office



**Reg. No. 4,849,062**
**Registered Nov. 10, 2015**

**Int. Cl.: 33**

**TRADEMARK**

**PRINCIPAL REGISTER**

E. & J. GALLO WINERY (CALIFORNIA CORPORATION)
600 YOSEMITE BOULEVARD
MODESTO, CA 95354

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 8-31-2009; IN COMMERCE 8-31-2009.

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A GREEN BOTTLE WITH A SILVER COVER ON THE NECK AND CAP OF THE BOTTLE. AT THE BASE OF THE NECK IS A LIGHT BLUE NECK LABEL, AND THERE IS A LIGHT BLUE SQUARE BOTTLE LABEL POSITIONED ON THE LOWER MIDSECTION OF THE BOTTLE. THE BROKEN LINES DEPICTING THE SHAPE OF THE BOTTLE ARE INTENDED TO SHOW THE POSITION OF THE MARK ON THE GOODS AND ARE NOT PART OF THE MARK.

THE COLOR(S) GREEN, SILVER AND LIGHT BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SEC. 2(F).

SER. NO. 86-370,064, FILED 8-18-2014.

AMY ALFIERI, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

>   *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
>   5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is
>   accepted, the registration will continue in force for the remainder of the ten-year period, calculated
>   from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
>   federal court.

>   *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
>   Application for Renewal between the 9th and 10th years after the registration date.*
>   *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

>   You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
>   every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office
(USPTO). The time periods for filing are based on the U.S. registration date (not the international registration
date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to
those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international
registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the
underlying international registration at the International Bureau of the World Intellectual Property Organization,
under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated
from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal
forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the
USPTO website for further information.  With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark
owners/holders who authorize e-mail communication and maintain a current e-mail address with the
USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark
Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms
available at** http://www.uspto.gov.

5/11/22, 2:43 PM

Status Search SN 4849062

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See **current trademark processing wait times** for more information.

STATUS          DOCUMENTS          MAINTENANCE                                                                      Back to Search          Print

Generated on: This page was generated by TSDR on 2022-05-11 14:41:56 EDT

Mark:



US Serial Number: 86370064                          Application Filing Date: Aug. 18, 2014

US Registration Number: 4849062                        Registration Date: Nov. 10, 2015

Filed as TEAS Plus: Yes                                Currently TEAS Plus: Yes

Register: Principal

Mark Type: Trademark

TM5 Common Status                                     LIVE/REGISTRATION/Issued and Active
Descriptor:



                                                      The trademark application has been registered with the Office.

Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.

Status Date: Feb. 18, 2021

Publication Date: Aug. 25, 2015

## Mark Information

Mark Literal Elements: None

https://tsdr.uspto.gov/#caseNumber=4849062&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch                    1/4

Privacy - Terms

5/11/22, 2:43 PM

Status Search SN 4849062

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a three-dimensional configuration of a green bottle with a silver cover on the neck and cap of the bottle. At the base of the neck is a light blue neck label, and there is a light blue square bottle label positioned on the lower midsection of the bottle. The broken lines depicting the shape of the bottle are intended to show the position of the mark on the goods and are not part of the mark.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) green, silver and light blue is/are claimed as a feature of the mark.

**Acquired Distinctiveness Claim:** In whole

**Design Search Code(s):** 19.09.02 - Jars with bulging or protruding sides; Bottles, jars or flasks with bulging, protruding or rounded sides; Flasks with bulging or protruding sides

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 afficavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Alcoholic beverages except beers

**International Class(es):** 033 - Primary Class          **U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 31, 2009          **Use in Commerce:** Aug. 31, 2009

## Basis Information (Case Level)

**Filed Use:** Yes          **Currently Use:** Yes

**Filed ITU:** No          **Currently ITU:** No

**Filed 44D:** No          **Currently 44E:** No

**Filed 44E:** No          **Currently 66A:** No

**Filed 66A:** No          **Currently No Basis:** No

Privacy - Terms

5/11/22, 2:43 PM

Status Search SN 4849062

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** E. & J. Gallo Winery

**Owner Address:** 600 Yosemite Boulevard
Modesto, CALIFORNIA UNITED STATES 95354

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Kristi W. Whalen

**Attorney Primary Email Address:** tm.group@ejgallo.com

**Docket Number:** USNAL4-005-e

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Kristi W. Whalen
E. & J. GALLO WINERY
600 Yosemite Boulevard
MODESTO, CALIFORNIA UNITED STATES 95354

**Phone:** (209) 341-6349

**Correspondent e-mail:** tm.group@ejgallo.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Feb. 18, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Feb. 18, 2021 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Feb. 18, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 81927 |
| Nov. 10, 2020 | TEAS SECTION 8 & 15 RECEIVED | |
| Nov. 10, 2020 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | 81927 |

https://tsdr.uspto.gov/#caseNumber=4849062&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

Privacy - Terms

3/4

5/11/22, 2:43 PM

Status Search SN 4849062

| Date | Event | Code |
|---|---|---|
| Feb. 14, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 14, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Nov. 10, 2015 | REGISTERED-PRINCIPAL REGISTER | |
| Aug. 25, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 25, 2015 | PUBLISHED FOR OPPOSITION | |
| Aug. 05, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 18, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73797 |
| Jul. 18, 2015 | ASSIGNED TO LIE | 73797 |
| Jul. 02, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 09, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 09, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 09, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 09, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 09, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 09, 2014 | NON-FINAL ACTION WRITTEN | 77765 |
| Nov. 26, 2014 | ASSIGNED TO EXAMINER | 77765 |
| Aug. 30, 2014 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 29, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 21, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location:   TMEG LAW OFFICE 109          Date in Location:   Feb. 18, 2021

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - None recorded