**EXHIBIT B**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,887,846**  E. & J. GALLO WINERY (CALIFORNIA CORPORATION)
600 YOSEMITE BOULEVARD
**Registered Jan. 19, 2016** MODESTO, CA 95354

**Int. Cl.: 33**

FOR: ALCOHOLIC BEVERAGES EXCEPT BEERS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 8-31-2009; IN COMMERCE 8-31-2009.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A THREE-DIMENSIONAL CONFIGURATION OF A GREEN BOTTLE HAVING A SILVER COVER ON THE NECK OF THE BOTTLE, AT THE BASE OF WHICH IS A LIGHT BLUE NECK LABEL, ON WHICH APPEARS, IN SILVER INK, A CROWN AND CURLICUES ON BOTH SIDES OF THE CROWN, ALONG WITH A DOUBLE-LINED BORDER ALSO IN SILVER INK ALONG THE TOP AND BOTTOM EDGES OF THE NECK LABEL; AND, A LIGHT BLUE SQUARE BOTTLE LABEL WHICH ALSO CONTAINS THE CROWN AND CURLICUES ON BOTH SIDES OF THE CROWN, ALONG WITH A DOUBLE-LINED BORDER AROUND ALL THE EDGES OF THE LABEL, ALL IN SILVER INK. THE BROKEN LINES DEPICTING THE OVERALL SHAPE OF THE BOTTLE INDICATE PLACEMENT OF THE MARK ON THE GOODS AND ARE NOT PART OF THE MARK.

THE COLOR(S) GREEN, SILVER AND LIGHT BLUE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 86-453,970, FILED 11-13-2014.

JULIE GUTTADAURO, EXAMINING ATTORNEY

Michelle K. Lee
Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.

5/11/22, 2:46 PM

Status Search SN 4,887,846

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

| STATUS | DOCUMENTS | MAINTENANCE |

Back to Search | Print

Generated on: This page was generated by TSDR on 2022-05-11 14:44:17 EDT

Mark:

US Serial Number: 86453970                     Application Filing Date: Nov. 13, 2014
US Registration Number: 4887846                Registration Date: Jan. 19, 2016
Filed as TEAS Plus: Yes                        Currently TEAS Plus: Yes
Register: Principal
Mark Type: Trademark
TM5 Common Status Descriptor:

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.
Status Date: Nov. 28, 2021
Publication Date: Nov. 03, 2015

## Mark Information

Mark Literal Elements: None

5/11/22, 2:46 PM                                                                                       Status Search SN 4,887,846

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a three-dimensional configuration of a green bottle having a silver cover on the neck of the bottle, at the base of which is a light blue neck label, on which appears, in silver ink, a crown and curlicues on both sides of the crown, along with a double-lined border also in silver ink along the top and bottom edges of the neck label; and, a light blue square bottle label which also contains the crown and curlicues on both sides of the crown, along with a double-lined border around all the edges of the label, all in silver ink. The broken lines depicting the overall shape of the bottle indicate placement of the mark on the goods and are not part of the mark.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) green, silver and light blue is/are claimed as a feature of the mark.

**Design Search Code(s):** 19.09.02 - Jars with bulging or protruding sides; Flasks with bulging or protruding sides; Bottles, jars or flasks with bulging, protruding or rounded sides
24.11.01 - Crowns closed at the top
26.09.20 - Squares inside one another
26.09.21 - Squares that are completely or partially shaded
26.17.09 - Lines, curved; Curved line(s), band(s) or bar(s); Bars, curved; Bands, curved

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Alcoholic beverages except beers

**International Class(es):** 033 - Primary Class                          **U.S Class(es):** 047, 049

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Aug. 31, 2009                                              **Use in Commerce:** Aug. 31, 2009

## Basis Information (Case Level)

**Filed Use:** Yes                                                         **Currently Use:** Yes

**Filed ITU:** No                                                          **Currently ITU:** No

**Filed 44D:** No                                                          **Currently 44E:** No

5/11/22, 2:46 PM

Status Search SN 4,887,846

Filed 44E: No

Filed 66A: No

Filed No Basis: No

Currently 66A: No

Currently No Basis: No

## Current Owner(s) Information

Owner Name: E. & J. Gallo Winery

Owner Address: 600 Yosemite Boulevard
Modesto, CALIFORNIA UNITED STATES 95354

Legal Entity Type: CORPORATION

State or Country Where Organized: CALIFORNIA

## Attorney/Correspondence Information

Attorney of Record

Attorney Name: Kristi W. Whalen

Attorney Primary Email Address: tm.group@ejgallo.com

Docket Number: USNAL4-007-e

Attorney Email Authorized: Yes

Correspondent

Correspondent Name/Address: Kristi W. Whalen
E. & J. GALLO WINERY
600 YOSEMITE BOULEVARD
MODESTO, CALIFORNIA UNITED STATES 95354

Phone: 209-341-6349

Correspondent e-mail: tm.group@ejgallo.com

Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 28, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Nov. 28, 2021 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 64591 |

5/11/22, 2:46 PM

Status Search SN 4,887,846

| Date | Event | Code |
|---|---|---|
| Nov. 28, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 64591 |
| Aug. 25, 2021 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 19, 2021 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Feb. 14, 2020 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Feb. 14, 2020 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jan. 19, 2016 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 03, 2015 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 03, 2015 | PUBLISHED FOR OPPOSITION | |
| Oct. 14, 2015 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 30, 2015 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70138 |
| Sep. 30, 2015 | ASSIGNED TO LIE | 70138 |
| Sep. 03, 2015 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 02, 2015 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Sep. 01, 2015 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Sep. 01, 2015 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 14, 2015 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 14, 2015 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 14, 2015 | NON-FINAL ACTION WRITTEN | 80800 |
| Feb. 18, 2015 | ASSIGNED TO EXAMINER | 80800 |
| Nov. 22, 2014 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Nov. 21, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 17, 2014 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information - None**

**File Location**

Current Location: TMEG LAW OFFICE 106        Date in Location: Nov. 28, 2021

### Assignment Abstract Of Title Information - Click to Load

5/11/22, 2:46 PM

Status Search SN 4,887,846

Proceedings - Click to Load

Privacy - Terms

https://tsdr.uspto.gov/#caseNumber=4,887,846&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

5/5