

August 29, 2022

**Adam R. Bialek**
Direct (212) 915-5143
Fax (212) 490-3038
Adam.Bialek@wilsonelser.com

**VIA ECF**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

      Re:   *E. & J. Gallo Winery v. Freixenet Mionetto USA et al.*
            Civil Action No. 7:22-cv-03878
            *Extension of Time to Answer for Defendants Freixenet Mionetto USA, Inc.*
            *and CL Direct Imports*
            Our File No. 23207.00003

Dear Judge Seibel:

      As you may recall, this firm represents Defendants Freixenet Mionetto USA, Inc. and CL Direct Imports (collectively "Freixenet") in connection with the above-captioned litigation.

      On July 11, 2022, Freixenet was served with a copy of the Complaint and a response was due by August 1, 2022. *See,* Dkt. Nos. 17, 18. With the consent of Plaintiff's counsel, Freixenet has requested two brief extensions of time to answer or otherwise respond to the Complaint, which the Court granted. *See,* Dkt. Nos. 21, 23, 26, 27.

      Again with the consent of Plaintiff's counsel, we write to respectfully request that the Court grant Freixenet an additional fifteen days, until September 13, 2022, to answer or otherwise move with respect to the Complaint.

      Thank you for your attention to this matter.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Adam R. Bialek
ARB:jm
cc: All counsel via ECF

666 Old Country Road, Suite 602 | Garden City, NY 11530 | p 516.228.8900 | f 516.228.0200
150 East 42nd Street | New York, NY 10017 | p 212.490.3000 | f 212.490.3038 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO
Detroit, MI | Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA | Phoenix, AZ
Raleigh, NC | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | West Palm Beach, FL | White Plains, NY

274899403v.1